This cause is reversed upon the authority of
 
 Industrial Commission of Ohio
 
 v.
 
 Vail, ante,
 
 304.
 

 The record of the proceedings of the Industrial Commission disclosing that subsequent to March 11, 1921, the date when it determined that the injury resulting in the death of the husband of the de
 
 *666
 
 fendant in error was not sustained in the course of and arising out of his employment, the commission entered upon and held a rehearing, the commission will not be heard to say that a rehearing was not granted.
 

 Judgment reversed.
 

 Marshall, C. J., Robinson, Jones, Matthias, Day and Allen, JJ., concur.
 

 Wanamaker, J., not participating.